10/7/2022 11:37 AM
22CV34541

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| CYNTHIA PRECIADO, | Case No.: |
| Plaintiff, | |
| vs. | |
| | COMPLAINT FOR SEXUAL BATTERY |
| CONCORDE CAREER COLLEGES, | (NOT SUBJECT TO MANDATORY |
| INC., a Foreign Business Corporation; | ARBITRATION) |
| KEITH KNITTLE, an individual, | |
| | PRAYER: $750,000 |
| Defendants | ORS 21.160(1)(c): $594 |
| | JURY TRIAL DEMANDED |

Plaintiff demands a jury trial and alleges:

1.

CONCORDE CAREER COLLEGES, INC., (hereinafter, "Concorde") is and at all times mentioned herein has been an Oregon for-profit vocational college which provides staffing for its students, is located in Multnomah County, and at all times mentioned herein conducted regular and sustained business activity in Multnomah County.

2.

At all times mentioned herein, defendant Keith Knittle was a polysomnographic technology program instructor at Concorde, and was an

PAGE 1 –COMPLAINT FOR SEXUAL BATTERY

**KAFOURY & McDOUGAL**
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

**Exhibit 1**
**Page 1 of 8**

1    actual or apparent agent or employee of Concorde, and was acting within the

2    course and scope of such agency and employment at all times mentioned

3    herein.

4                                                    3.

5        In the Fall of 2021, plaintiff was a student at Concorde, taking sleep

6    study and polysomnographic classes, taught by defendant Keith Knittle.

7                                                    4.

8        The defendant Keith Knittle, on several occasions during class, made

9    inappropriate comments such as "back in the day you could tell if a man was

10   in REM from his erection while asleep," or "you used to be able to attach

11   electrodes to a penis to tell if a man is in REM," or advising the class a clever

12   way to remember that V/D = S (voltage over density equals sensitivity) by using

13   "vagina/dick = sex". He would often give hugs to the female students in the

14   class. Defendant Knittle gained plaintiff's trust and confidence through

15   educating and mentoring plaintiff, and through his approval and credentialling

16   by defendant Concorde.

17                                                   5.

18       On or between November 16 and 17, 2021, the plaintiff attended one-on-

19   one study sessions with Defendant Knittle to go over the study material for the

20   boards examination. These sessions were requested and coordinated by

21   Defendant Knittle and plaintiff through text messaging and in person

22   conversations.

23                                                   6.

PAGE 2 –COMPLAINT FOR SEXUAL BATTERY

**KAFOURY & McDOUGAL**
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

**Exhibit 1**
**Page 2 of 8**

During the November 16, 2021 one-on-one session, Defendant Knittle, when plaintiff arrived, Defendant Knittle commented, "you look pretty." The plaintiff felt uncomfortable but let it slide and continued with the session. The following day, November 17, 2021, at the one-on-one session, Defendant Knittle told plaintiff he had been staring at plaintiff's buttocks while she wore yoga pants, and that was the reason he had told her "you look pretty" the day previous. Plaintiff was immediately uncomfortable and felt confused. She left to use the restroom and upon returning, Defendant Knittle said "see I just stared at your butt when you left" and then he laughed. The plaintiff then requested to end the session. Defendant Knittle then said "don't forget to give me a hug", pulled the plaintiff into him and spanked her buttocks two times.

7.

The plaintiff reported the sexual harassment and touching to employees at Concorde and was told that it was Defendant Knittle's last day working for Concorde and that he would not be coming back to Concorde.

**FOR A FIRST CLAIM FOR RELIEF**

(Battery, against all defendants)

8.

Plaintiff realleges paragraphs 1-7, above.

9.

Defendant Knittle knew that plaintiff trusted him and he exploited the opportunity that arose from the one-on-one sessions and acts within the scope of class teacher resulted in Knittle's act of sexually harassing and assaulting

PAGE 3 –COMPLAINT FOR SEXUAL BATTERY

**KAFOURY & McDOUGAL**
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

**Exhibit 1**
**Page 3 of 8**

1  plaintiff.  Part of the motivation for Knittle's acts were in service to his

2  professional responsibilities, and part of the motivation was to gain plaintiff's

3  trust and control over her in order that he might violate her sexually, and

4  Knittle knew that such violation was unwelcome and harmful, and acted with

5  the intent and knowledge that plaintiff would suffer harm.

6                                          10.

7      The acts of sexual violation were an outgrowth of and result of acts of the

8  kind that defendant was hired to perform, and all acts prior to the sexual

9  violation were motivated, at least partially, by a desire to serve the corporate

10 defendant.

11                                         11.

12     As a result of the above-described sexual grooming, battery and sexual

13 assault, plaintiff suffered, continues to suffer, and may permanently suffer

14 from fear, humiliation, anxiety, panic attacks, and disabling emotional distress,

15 all to her noneconomic damage not to exceed $750,000.

16                        **FOR A SECOND CLAIM FOR RELIEF**

17                          (Negligence, Against Concorde)

18                                         12.

19     Plaintiff realleges paragraphs 1-12, above.

20                                         13.

21     Defendant Concorde was negligent in one or more of the following

22 particulars:

23

PAGE 4 –COMPLAINT FOR SEXUAL BATTERY                    **KAFOURY & McDOUGAL**
                                                        411 SW Second Ave., Ste. 200
                                                        Portland, OR 97204
                                                        Fax: 503-224-2673
                                                        Phone: 503-224-2647

Exhibit 1
Page 4 of 8

1. In allowing or approving defendant Knittle's supervision of plaintiff for one-on-one study sessions when he was untrustworthy and unsuitable for the program;

2. In failing to remove defendant Knittle from Concorde programs prior to plaintiff's incident;

3. In failing to recommend to plaintiff or instruct plaintiff to use a different person for boards studying.

WHEREFORE, plaintiff prays for judgment against defendants for noneconomic damages in an amount not to exceed $750,000, and for her costs and disbursements necessarily incurred herein.

Dated: October 7, 2022.


s/ Mark McDougal

Gregory Kafoury, OSB #741663
Kafoury@kafourymcdougal.com
Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Attorneys for Plaintiff

PAGE 5 –COMPLAINT FOR SEXUAL BATTERY

**KAFOURY & McDOUGAL**
411 SW Second Ave., Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

**Exhibit 1**
**Page 5 of 8**

10/23/2022 2:58 PM
22CV34541

## <u>AFFIDAVIT OF SERVICE</u>

State of Oregon                          County of Multnomah                          Circuit Court

Case Number: 22CV34541

Plaintiff: **CYNTHIA PRECIADO,**
vs.
Defendant: **CONCORDE CAREER COLLEGES, INC., a Foreign Business
Corporation; KEITH KNITTLE, an individual,**

For:
Kafoury McDougal
411 S.W. 2nd Ave
Ste. 200
Portland, OR 97204

Received by Barrister Support Service on the 14th day of October, 2022 at 12:01 pm to be served on **CONCORDE CAREER
COLLEGES, INC R/A: CORPORATION SERVICE COMPANY, 1127 BROADWAY ST NE, SUITE 310, SALEM, OR 97301.**

I, Rebecca L. Lundin, being duly sworn, depose and say that on the **17th day of October, 2022** at **2:20 pm, I:**

SERVED the within named **CONCORDE CAREER COLLEGES, INC** at **1127 BROADWAY ST NE, SUITE 310, SALEM,
OR 97301** by personally serving a true copy of the **SUMMONS; COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS CONCORDE CAREER COLLEGES, INC., & KEITH KNITTLE**
upon    **AUDREY GROOM,**   who is a clerk on duty in the office of the Registered Agent and who is authorized to accept
service.

**CERTIFICATION OF MAILING:** I certify that on **10/19/2022** a true copy of *SUMMONS; COMPLAINT; PLAINTIFF'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS CONCORDE CAREER COLLEGES, INC., & KEITH
KNITTLE* along with a statement regarding the date, time and manner of service was mailed to **CONCORDE CAREER
COLLEGES, INC R/A: CORPORATION SERVICE COMPANY**  at **1127 BROADWAY ST NE, SUITE 310, SALEM, OR 97301**
by First Class Mail postage paid.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'6", Weight: 230, Hair: BLACK,
Glasses: Y



**Exhibit 1**
**Page 6 of 8**

## AFFIDAVIT OF SERVICE For 22CV34541

I declare I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding. I certify that the person, firm, or corporation served is the identical one named in this action. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

STATE OF _Oregon_

County of _Marion_

Subscribed and Sworn to before me on the _19th_ day of _October 2022_ by the affiant who is personally known to me or has provided identification.

_Olivia Lin_
NOTARY PUBLIC

Rebecca L. Lundin
Process Server

_10/19/2022_
Date

**Barrister Support Service**
**10725 SW Barbur Blvd.**
**Suite 202**
**Portland, OR 97219**
**(503) 246-8934**

Our Job Serial Number: TSB-2022004856
Ref: Preciado

OFFICIAL STAMP
OLIVIA A. LUNDIN
NOTARY PUBLIC-OREGON
COMMISSION NO. 996690
MY COMMISSION EXPIRES FEBRUARY 06, 2024

**Exhibit 1**
**Page 7 of 8**

**IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH**

| | | |
|---|---|---|
| CYNTHIA PRECIADO, | ) | No. 22CV34541 |
| Plaintiff, | ) | |
| v. | ) | **SUMMONS** |
| | ) | |
| CONCORDE CAREER COLLEGES, INC., a foreign | ) | |
| business corporation; and KEITH KNITTLE, an | ) | |
| individual, | ) | |
| Defendants. | ) | |

To:    CONCORDE CAREER COLLEGES, INC.
       CORPORATION SERVICE COMPANY, REGISTERED AGENT
       1127 BROADWAY STREET, NE, SUITE 310
       SALEM, OREGON 97301

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.  If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in Portland metropolitan area or toll free elsewhere in Oregon at (800) 453-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Jason Kafoury, OSB No. 091200
ATTORNEY'S/AUTHOR'S NAME and BAR NO.
Kafoury & McDougal
411 SW 2nd Ave, Ste 200
Portland OR 97204 (503) 224-2647

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

/S/ JASON KAFOURY

ATTORNEY(S) FOR PLAINTIFF(S)

**Exhibit 1
Page 8 of 8**