IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CYNTHIA PRECIADO**,<br><br>    Plaintiff,<br><br>v.<br><br>**CONCORDE CAREER COLLEGES, INC.,** a Foreign Business Corporation; **KEITH KNITTLE,** an individual,<br><br>    Defendants. | Case No. 3:22-cv-1745-JR<br><br>**JUDGMENT** |

Based on this Court's Order, ECF 32, **IT IS ADJUDGED** that Defendant Concorde Career Colleges, Inc.'s Motion to Compel Arbitration, ECF 5, and Defendant Keith Knittle's Motion to Compel Arbitration, ECF 20, are GRANTED. This case is DISMISSED without prejudice.

DATED this 31st day of May, 2023.

                                                                                /s/ Karin J. Immergut_____
                                                                                Karin J. Immergut
                                                                                United States District Judge